IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CV-00040-BR

| | |
|---|---|
| STAN LARSON, HOWARD E. LIVERMAN and L&L, et al., </br> </br> Plaintiffs, </br> v. </br> </br> PITT COUNTY, and NEIL ELKS, in his Official capacity as Pitt County Sheriff and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, as surety </br> </br> Defendants. | **ORDER** |

This matter is before the court on plaintiffs' Motion to Vacate All Deadlines. For good cause shown, the motion is GRANTED. The parties shall file the stipulated dismissal within 30 days.

This 21 June 2019.

_____
W. Earl Britt
Senior U.S. District Judge